RUPE v. INTEGON INDEMNITY CORP.

No. 382P95

Case below: 119 N.C.App. 800

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

SINNING v. CLARK

No. 331P95

Case below: 119 N.C.App. 515

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STARNES v. BROYHILL FURNITURE INDUSTRIES

No. 400P95

Case below: 120 N.C.App. 201

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. ALLEN

No. 70A86-3

Case below: 85CRS5243 Halifax Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Halifax County, denied 10 October 1995.

STATE v. BARNETTE

No. 428P95

Case below: 120 N.C. App. 201

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 November 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.